UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------

ALONZO T. WESTBROOK,

                        Plaintiff,

            -against-

CITY OF NEW YORK DEPARTMENT OF
EDUCATION, ET AL.,

                        Defendants.

23-CV-3164 (VSB)

**ORDER**

---------------------------------------------------------------

VERNON S. BRODERICK, United States District Judge:

      On March 26, 2024, I received a letter from Plaintiff Alonzo Westbrook, proceeding pro se, requesting that I "seal all filings in the federal case because . . . [he] may not have redacted a name of a student." (Doc. 53.) While noting that the sealing request was overbroad, I sealed the docket and provided Plaintiff until April 19, 2024 to "identify what specific documents require redaction." (Doc. 55.) To date, Plaintiff has not identified any such documents. Defendants, however, submitted a letter, with Plaintiff's consent, to clarify that the only filings that could contain unredacted student names are the complaint and its exhibits. (Doc. 54 at 1.) Defendants reviewed Plaintiff's initial disclosures, revealing that they did not include any student names but did include "extensive personal information about Plaintiff." (*Id.*) Accordingly, it is hereby

      ORDERED that the docket shall be unsealed, save for the complaint, (Doc. 1), and its exhibits, (Docs. 1-1 & 1-2), and Plaintiff's initial disclosures, (Docs. 49 & 56).

      IT IS FURTHER ORDERED that Plaintiff shall file a redacted version of the complaint and its exhibits by May 24, 2024. If Plaintiff fails to comply with this Order, I will unseal the complaint and its exhibits.

      The Clerk of Court is respectfully directed to unseal the docket, except for Docs. 1, 1-1, 1-2, 49, and 56.

SO ORDERED.

Dated:   May 1, 2024
           New York, New York

_____
VERNON S. BRODERICK
United States District Judge