UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALONZO T. WESTBROOK,

                         Plaintiff,

-against-

CITY OF NEW YORK DEPARTMENT OF EDUCATION, ET AL.,

                         Defendants.

23-CV-3164 (VSB)

**ORDER**

---

<u>VERNON S. BRODERICK, United States District Judge</u>:

      I am in receipt of a notice from the Mediation Unit, dated October 17, 2024, informing me that the parties participated in mediation but were unsuccessful in resolving the case. Accordingly, it is hereby:

      ORDERED that the stay I entered on February 26, 2024, (Doc. 52), is hereby lifted.

      IT IS FURTHER ORDERED that, no later than November 22, 2024, the parties shall submit a joint letter and proposed case management plan and scheduling order, pursuant to the instructions in my October 30, 2023 order. (Doc. 40.)

SO ORDERED.

Dated: November 6, 2024
         New York, New York

                                                    Vernon S. Broderick
                                                  United States District Judge